**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. §2241

MANUEL RAUL REYO PENA GARCIA MONTERO's
~~Aka Reyes Pena 09794 000~~
Federal USA Prison 00000
Postal # 33 Terre Haute, IN 47801 **PETITIONER,**

v.

Chief Justice Roberts
/PRES USA

Case: 1:07-cv-01930
Assigned To : Unassigned
Assign. Date : 10/25/2007
Description: Habeas Corpus/2255

**RESPONDENT(S).**

### PETITION FOR WRIT OF HABEAS CORPUS
#### PURSUANT TO 28 U.S.C. § 2241

Pursuant to 28 U.S.C. § 2241, Petitioner applies for the issuance of a writ of habeas corpus.

In support of this petition, Petitioner states as follows:

(a)   **JURISDICTION:** Petitioner is imprisoned and deprived of his liberty at _____ /kansas's

INS's CUSTODY NATIONAL HOMELAND SECURITY's. _____, which is within the District
(insert name of facility)

**RECEIVED**

SEP 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Revised October 26, 2001

Page 1

PETITION FOR WRIT OF HABEAS CORPUS
Pursuant to 28 U.S.C. §2241

**STATEMENT OF GROUNDS FOR RELIEF**: State concisely every ground on which you claim that you are being held in violation of the Constitution, law or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and supporting facts.

Ground 1: _____ /John Adams

Damn hall buggus
'CONGRESSIONAL WRIT's OF ELECTION 1823-24
*THAT GOT SEXY JOHN Q.ADAMS TO THE MISSSISSSIPPPI HOUSE
Aha,

Supporting Facts: _____

'PRESIDENT AND VICE PRESIDENT IN AMERICA's.
'ARE ELECTED BY CHUSEN ELECTOR
/Not College

'Pursuant to Article II'
ooooo

Ground 2: _____

The Highest Courthouse Ruling 2000
/Case 00-949

Supporting Facts: _____

Constitutional Challenge by
Plaintiff Say
'June 2000'

'APPLICATION FOR WRIT OF CERTIORARI's.

See Responser's

Revised October 26, 2001

PETITION FOR WRIT OF HABEAS CORPUS
Pursuant to 28 U.S.C. §2241

ALL ON BOARD,UP TO ELLIS ISLAND
THE ORIGEN OF THE SPECIES
/1863-1963,
ooo

ALL ON BOARD,UP TO ELLIS ISLAND
THE ROSSWELT QUESTION
No 1947.

CRIMINAL CONSTITUTIONAL INJUCTION's
/Art II.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I Manuel Raul Reyo Pena Garcia Montero a Cuban's
The Son of Manuel and Grandson of Sunny Gravyllo a Servian
born and Raised by the Bush River In-law to the Breechess.

ASKING TO THE HON COURTHOUSE IN USA
PURSUANT TO ART II's

Immediate Order of Constitutional Injuction Say
That UnPresident of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___15___ day of _____Ya April_____, 19_2006_.

_____
(Signature of Plaintiff)

SHALL YA BURY THE NEW REPUBLIC INTO THE MISSSISSSIPPPI SANDS's
Hail katrina and the Yankeed Cuban Mosquito 69.
/Maine Explosion 1898,
Dr Red Bull



# ARTICLE II—THE PRESIDENT

Sec.
1. Executive Power, Term; Presidential Electors; Time of Election; Etc.
   Cl.
   1. Executive Power, Term.
   2. Presidential Electors.
   3. Time of Election.
   4. Qualifications, Office of President.
   5. Successor.
   6. Salary.
   7. Oath.
2. Powers of President.
   Cl.
   1. Commander in Chief; Reprieves and Pardons.
   2. Treaty Making Power; Appointing Power.
   3. Recess Appointments.
3. Messages; Convene and Adjourn Congress; Receive Ambassadors; Execute Laws; Commission Officers.
4. Impeachment.

**Section 1.** The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.



07 1930

**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Year (Electors) | Candidate | Party | Electoral | Popular |
|---|---|---|---|---|
| 1789 (11) | George Washington | | — | 69 |
| | John Adams | | — | 34 |
| | Others | | — | 9 |
| | (Not voted) | | — | 12 |
| 1792 (15) | George Washington | Federalist | | 132 |
| | John Adams | Federalist | | 77 |
| | George Clinton | Democratic-Republican | | 50 |
| | Thomas Jefferson | | | 4 |
| | Aaron Burr | | | 1 |
| 1796 (16) | John Adams | Federalist | | 71 |
| | Thomas Jefferson | Democratic-Republican | | 68 |
| | Thomas Pinckney | Federalist | | 59 |
| | Aaron Burr | Anti-Federalist | | 30 |
| | Samuel Adams | Democratic-Republican | | 15 |
| | Oliver Ellsworth | Federalist | | 11 |
| | George Clinton | Democratic-Republican | | 7 |
| | John Jay | Independent-Federalist | | 5 |
| | James Iredell | Federalist | | 3 |
| | George Washington | Independent | | 2 |
| | John Henry | Independent | | 2 |
| | S. Johnston | Independent-Federalist | | 2 |
| | C. C. Pinckney | Independent-Federalist | | 1 |
| 1800 (16) | Thomas Jefferson | Democratic-Republican | | 73 |
| | Aaron Burr | Democratic-Republican | | 73 |
| | John Adams | Federalist | | 65 |
| | C. C. Pinckney | Federalist | | 64 |
| | John Jay | Federalist | | 1 |
| 1804 (17) | Thomas Jefferson | Democratic-Republican | | 162 |
| | C. C. Pinckney | Federalist | | 14 |
| 1808 (17) | James Madison | Democratic-Republican | | 122 |
| | C. C. Pinckney | Federalist | | 47 |
| | George Clinton | Independent-Republican | | 6 |
| | (Not voted) | | | 1 |
| 1812 (18) | James Madison | Democratic-Republican | | 128 |
| | De Witt Clinton | Fusion | | 89 |
| | (Not Voted) | | | 1 |
| 1816 (19) | James Monroe | Republican | | 183 |
| | Rufus King | Federalist | | 34 |
| | (Not voted) | | | 4 |
| 1820 (24) | James Monroe | Republican | | 231 |
| | John Q. Adams | Independent-Republican | | 1 |
| | (Not voted) | | | 3 |
| 1824 (24) | John Q. Adams | No distinct party designations | 84 | 108,740 |
| | Andrew Jackson | | 99 | 153,544 |
| | Henry Clay | | 37 | 47,136 |
| | W. H. Crawford | | 41 | 46,618 |
| 1828 (24) | Andrew Jackson | Democratic | 178 | 647,286 |
| | John Q. Adams | National Republican | 83 | 508,064 |
| 1832 (24) | Andrew Jackson | Democratic | 219 | 687,502 |
| | Henry Clay | National Republican | 49 | 530,189 |
| | William Wirt | Anti-Masonic | 7 | — |
| | John Floyd | Nullifiers | 11 | — |
| | (Not voted) | | 2 | — |
| 1836 (26) | Martin Van Buren | Democratic | 170 | 765,483 |
| | William H. Harrison | Whig | 73 | |
| | Hugh L. White | Whig | 26 | |
| | Daniel Webster | Whig | 14 | 739,795 |
| | W. P. Mangum | Anti-Jackson | 11 | |
| 1840 (26) | William H. Harrison | Whig | 234 | 1,274,624 |
| | Martin Van Buren | Democratic | 60 | 1,127,781 |
| 1844 (26) | James K. Polk | Democratic | 170 | 1,338,464 |
| | Henry Clay | Whig | 105 | 1,300,097 |
| | James G. Birney | Liberty | — | 62,300 |
| 1848 (30) | Zachary Taylor | Whig | 163 | 1,360,967 |
| | Lewis Cass | Democratic | 127 | 1,222,342 |
| | Martin Van Buren | Free Soil | — | 291,263 |
| 1852 (31) | Franklin Pierce | Democratic | 254 | 1,601,117 |
| | Winfield Scott | Whig | 42 | 1,385,453 |
| | John P. Hale | Free Soil | — | 155,825 |
| 1856 (31) | James Buchanan | Democratic | 174 | 1,832,955 |
| | John C. Frémont | Republican | 114 | 1,339,932 |
| | Millard Fillmore | American | 8 | 871,731 |
| 1860 (33) | Abraham Lincoln | Republican | 180 | 1,865,593 |
| | J. C. Breckinridge | Democratic (S) | 72 | 848,356 |
| | Stephen A. Douglas | Democratic | 12 | 1,382,713 |
| | John Bell | Constitutional Union | 39 | 591,906 |
| 1864 (36) | Abraham Lincoln | Republican | 212 | 2,206,938 |
| | George B. McClellan | Democratic | 21 | 1,803,787 |
| | (Not voted) | | 81 | |
| 1868 (37) | Ulysses S. Grant | Republican | 214 | 3,013,421 |
| | Horatio Seymour | Democratic | 80 | 2,706,829 |
| | (Not voted) | | 23 | |
| 1872 (37) | Ulysses S. Grant | Republican | 286 | 3,596,745 |
| | Horace Greeley | Democratic | — | 2,843,446 |
| | Charles O'Connor | Straight Democratic | — | 29,489 |
| | Thomas A. Hendricks | Independent Democratic | 42 | |
| | B. Gratz Brown | Democratic | 18 | |
| | Charles J. Jenkins | Democratic | 2 | |
| | David Davis | Democratic | 1 | |
| | (Not voted) | | 17 | |
| 1876 (38) | Rutherford B. Hayes | Republican | 185 | 4,036,572 |
| | Samuel J. Tilden | Democratic | 184 | 4,284,020 |
| | Peter Cooper | Greenback | — | 81,737 |
| 1880 (38) | James A. Garfield | Republican | 214 | 4,453,295 |
| | Winfield S. Hancock | Democratic | 155 | 4,414,082 |
| | James B. Weaver | Greenback-Labor | — | 308,578 |
| | Neal Dow | Prohibition | — | 10,305 |
| 1884 (38) | Grover Cleveland | Democratic | 219 | 4,879,507 |
| | James G. Blaine | Republican | 182 | 4,850,293 |
| | Benjamin F. Butler | Greenback-Labor | — | 175,370 |
| | John P. St. John | Prohibition | — | 150,369 |
| 1888 (38) | Benjamin Harrison | Republican | 233 | 5,447,129 |
| | Grover Cleveland | Democratic | 168 | 5,537,857 |
| | Clinton B. Fisk | Prohibition | — | 249,506 |
| | Anson J. Streeter | Union Labor | — | 146,935 |
| 1892 (44) | Grover Cleveland | Democratic | 277 | 5,555,426 |
| | Benjamin Harrison | Republican | 145 | 5,182,690 |
| | James B. Weaver | People's | 22 | 1,029,846 |
| | John Bidwell | Prohibition | — | 264,133 |
| | Simon Wing | Socialist Labor | — | 21,164 |
| 1896 (45) | William McKinley | Republican | 271 | 7,102,246 |
| | William J. Bryan | Democratic? | 176 | 6,492,559 |
| | John M. Palmer | National Democratic | — | 133,148 |
| | Joshua Levering | Prohibition | — | 132,007 |
| | Charles H. Matchett | Socialist Labor | — | 36,274 |
| | Charles E. Bentley | Nationalist | — | 13,969 |
| 1900 (45) | William McKinley | Republican | 292 | 7,218,491 |
| | William J. Bryan | Democratic? | 155 | 6,356,734 |
| | John C. Wooley | Prohibition | — | 208,914 |
| | Eugene V. Debs | Socialist | — | 87,814 |
| | Wharton Barker | People's | — | 50,373 |
| | Joseph F. Malloney | Socialist Labor | — | 39,739 |
| 1904 (45) | Theodore Roosevelt | Republican | 336 | 7,628,461 |
| | Alton B. Parker | Democratic | 140 | 5,084,223 |
| | Eugene V. Debs | Socialist | — | 402,283 |
| | Silas C. Swallow | Prohibition | — | 258,536 |
| | Thomas E. Watson | People's | — | 117,183 |
| | Charles H. Corregan | Socialist Labor | — | 31,249 |