**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST TO PROCEED *IN FORMA PAUPERIS* AND
DECLARATION IN SUPPORT THEREOF

**07 1930**

I, __INMANUEL RAUL REYO MONTERO's._____, am the plaintiff in the above entitled case and request leave to proceed without being required to prepay fees or costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes __&__   No_____

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer. _____/Warden O'Connor's_____
   _____1'United States Penitentiary Leavenworth kansas_____

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received. _____'Oct 12/93_____
   _____WARRANT OF DEPORTATION MIAMI HEADHUNTER_____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employment? Yes_____ No __&__

   b. Rent payments, interest, or dividends? Yes_____ No __&__

   c. Pensions, annuities, or life insurance payments? Yes_____ No __&__

   d. Gifts or inheritances? Yes_____ No __&__

   e. Any other sources? Yes_____ No __&__

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. _____
   _____'ANIMALS IN THE PENTAGON's_____
   _____/1863's_____

3. Do you own any cash or do you have money in a checking or savings account? Yes_____ No_____ (Include any funds in prison accounts)

   If the answer is yes, state the total value owned.
   _____knowsledge's._____
   The Trust State of Miss Smith

**RECEIVED**

SEP 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you own any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding household furnishings and clothing)? Yes_____ No_____

   If the answer is yes, describe the property and state its approximate value. _____
   _____/ SEXY AND LOVELY KITTEN IN THE YARD /_____

5. List the persons who are dependent upon you for support; state your relationship to those person; and indicate how much you contribute their support. _____
   § We the People §

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

_____'MySelf_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___11's___ day of ___'September 9/11___, 20 __03's__

_____
Signature of Plaintiff

/ CONSTITUTIONAL QUESTION OF LAW 1823 /
/Pursuant to Article II's

oooo

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL RAUL REYO PENA GARCIA MONTERO a.k.a. REYES PENA
Plaintiff

v.                                             Civil Action No. 03-10159-GAO

FRM PRES WILLIAM JEFFERSON CLINTON.
Defendant.

## ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now before the court is plaintiff's Motion to Proceed In Forma Pauperis;

### FINDINGS

The Court finds the following:

A.  Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h)?
    Yes  ☒    No  ☐

B.  Is a filing fee, under 28 U.S.C. § 1915(b), to be assessed at this time?

    1. Yes ☐   Plaintiff is obligated to pay the statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1). ($150.00 for a civil action or $105.00 for a notice of appeal).

    2. Yes ☐   An initial partial filing fee of $___ is assessed pursuant to 28 U.S.C. § 1915(b)(1). The remainder of the fee $___ is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

    3. Yes ☒   Plaintiff has proffered evidence of being without funds for six months and being currently without funds. Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.

    4. No ☐    Plaintiff is not assessed a filing fee at this time.

(oifppris.)

1

## Inmate Statement

| Inmate Reg #: | 09791000 | Current Institution: | Terre Haute FCI |
|---|---|---|---|
| Inmate Name: | REYES-PENA MANUEL | Housing Unit: | THP-E-A |
| Report Date: | 06/21/2007 | Living Quarters: | E01-117L |
| Report Time: | 8:41:52 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 6/7/2007 4:24:25 AM | TX060707 | | | Transfer - In from TRUFACS | $0.18 | | $0.18 |
| THA | 6/7/2007 4:24:25 AM | FTHAD581 - 2869 | | | Debt Encumbrance | | ($0.18) | -------- |
| THA | 10/19/2006 4:33:34 AM | FTHAD581 - 1789 | | | Debt Encumbrance - Released | | $0.18 | -------- |
| THA | 10/19/2006 4:33:34 AM | TX101906 | | | Transfer - Out to TRUFACS | ($0.18) | | $0.00 |

Total Transactions: 4

Totals:   $0.00   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.18 |
| Totals: | $0.00 | $0.00 | $0.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.18 |

SWORN TO BE THE MOLLY TRUTH
/Inmanuel
69

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
CHICAGO IMMIGRATION COURT
55 E. MONROE STREET
CHICAGO, ILLINOIS 60603

IN THE MATTER OF:
Manuel Raul REYES-Pena
A22 791 376

IN POST-ORDER CUSTODY PROCEEDINGS
Pursuant to 8 C.F.R. § 1241.14(g)

Chicago Immigration Court for hearing at USP Leavenworth and Kansas City, Missouri

## DEPARTMENT FILING OF NOTICE OF REFERRAL

COMES NOW, the Department of Homeland Security, Immigration and Customs Enforcement by and through its Deputy Chief Counsel Karl V. Cozad, and files herewith documents to be considered by the Immigration Court in matters relating to the post-order custody review of Respondent pending his removal from the United States.

1. Notice of Referral to Immigration Judge, served on Respondent in person.

2. A true copy of the Department Decision to Continue Detention of Respondent, dated August 31, 2005, and supporting documentation to include the U.S. Department of Health & Human Services determination of Respondent's danger to the community at large in the United States.

Respectfully submitted,

KARL V. COZAD
Deputy Chief Counsel, DHS/ICE
9747 N. Conant Avenue
Kansas City, Missouri 64153
(816) 891-9318

/ Kitty Waker.
****



# U.S. House shuts down
## 31 Capitol Hill workers test positive for anthrax



Case Dc 10 way back in 72
RAY FLEMING.
'Fla

Jackal /
**********************
*******



# THE WHITE HOUSE OFFICE

## THE EXECUTIVE OFFICE

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500
OEOB: Old Executive Office Building, 17th Street and Pennsylvania Avenue, N.W., Washington DC 20500

Specialized Information Services

Information . . . . . . . . . . . . . . . . . . . . . . . . (202) 456-1414
Bill Signing or Veto Information
   (White House Records Office). . . . . . . . . (202) 456-2226
Federal Register Information . . . . . . . . . . . . . (202) 523-5227
Press Office . . . . . . . . . . . . . . . . . . . . . . . . . (202) 456-2100
Visitors Office . . . . . . . . . . . . . . . . . . . . . . . . (202) 456-7041
Internet . . . . . president@whitehouse.gov

To speak with a comments operator to make suggestions, or to leave messages or opinions to be expressed to the President, dial (202) 456-1111.

## OFFICE OF THE PRESIDENT OF THE UNITED STATES

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500

| Name | Position | Building | Room | Direct Dial |
|---|---|---|---|---|
| Clinton, William J. | ★ The President of the United States | WH | 1/WW | (202) 456-1414 |
| Lindsey, Bruce | ☐ Assistant to the President and Senior Advisor | WH | 1/WW | (202) 456-1414 |
| Friendly, Andrew | ☐ The President's Aide | WH | 1/WW | (202) 456-1414 |
| Stephanopoulos, George R. | ★ ☐ Senior Advisor to the President for Policy and Strategy | WH | 1/WW | (202) 456-1414 |
| Beckel, Heather | Executive Assistant to the Senior Advisor | WH | 1/WW | (202) 456-1414 |
| Gergen, David R. | ★ ☐ Counselor to the President | WH | 1/WW | (202) 456-1414 |
| Greenstone, Jodi | ☐ Special Assistant to the President and Deputy to the Counselor | | | |
| Pierce, Diana | Executive Assistant to the Counselor | WH | G/WW | (202) 456-1414 |
| Hernreich, Nancy | ☐ Deputy Assistant to the President for Appointments and Scheduling | WH | G/WW | (202) 456-1414 |
| | | WH | 1/WW | (202) 456-1414 |
| | FAX | | | (202) 456-2883 |

## OFFICE OF THE CHIEF OF STAFF

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500

| Name | Position | Building | Room | Direct Dial |
|---|---|---|---|---|
| McLarty, Thomas F. (Mack) | ★ ☐ Chief of Staff to the President | WH | 1/WW | (202) 456-6797 |
| Ickes, Harold | ☐ Assistant to the President and Deputy Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Lader, Philip | | WH | 1/WW | (202) 456-6797 |
| Toback, Paul | ★ ☐ Assistant to the President and Deputy Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Spining, Laura | Executive Assistant to the Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Burton, Charles W. | Special Assistant to the Deputy Chief of Staff | WH | 1/WW | (202) 456-6797 |
| Ewing, Karen D. | ☐ Deputy Assistant to the President, Policy and Staff Director | WH | G/WW | (202) 456-6797 |
| Middleton, Mark | Assistant to the Staff Director | WH | G/WW | (202) 456-6797 |
| | ☐ Special Assistant to the President and Assistant to the Chief of Staff | | | |
| Rathbone, Lynda | Special Assistant to the Chief of Staff | OEOB | 174 | (202) 456-6797 |
| Stanzione, Janine | Special Assistant to the Chief of Staff | OEOB | 176 | (202) 456-6797 |
| | Special Assistant to the Chief of Staff | WH | 1/WW | (202) 456-6797 |
| | FAX | OEOB | 176 | (202) 456-6797 |
| | | | | (202) 456-2883 |

## OFFICE OF THE STAFF SECRETARY

WH: The White House, 1600 Pennsylvania Avenue, N.W., Washington DC 20500

| Name | Position | Building | Room | Direct Dial |
|---|---|---|---|---|
| Podesta, John D. | ☐ Assistant to the President and Staff Secretary | WH | G/WW | (202) 456-2702 |
| Stern, Todd D. | ★ ☐ Special Assistant to the President and Deputy Staff Secretary | WH | G/WW | (202) 456-2702 |
| Richard, R. Paul | Deputy Staff Secretary | WH | G/WW | (202) 456-2702 |
| | FAX | | | (202) 456-2215 |

3