FILED
OCT 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manuel Raul Reyo Pena Garcia Montero a.k.a. Reyes Pena, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Civil Action No. 07 1930 |
| Chief Justice Roberts *et al.* | ) ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 12th day of October 2007,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

_____
United States District Judge